No. 5830.—Lanuza, aplte., *v.* Quiñones, apldo.—C. D. San Juan. Noviembre 12, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Apareciendo que la cosa reclamada en este pleito no excede de $300 y visto el artículo 295 No. 2 del Código de Enjuiciamiento Civil según quedó enmendado en 1905 y lo resuelto en 22 de julio último en el caso de *Oller* v. *López,* sin que el hecho de que se reclame cierta cantidad para honorarios de abogado altere la regla establecida, se desestima a instancia del apelado la apelación interpuesta contra la sentencia que en grado de apelación dictó la Corte

de Distrito de San Juan el 27 de marzo de 1931, por carecer nosotros de jurisdicción para resolverla.